HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES J. JEREMIAH,

    Plaintiff,

    v.

CITY OF REDMOND, et al.,

    Defendants.

CASE NO. C12-1071RAJ

ORDER

The court DENIES Plaintiff's motion (Dkt. # 143) to vacate the court's February 4, 2014 order and judgment dismissing this action after granting Defendants' summary judgment motion.

Dated this 7th day of March, 2014.

*[signature]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1